UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

-v-

KHALED KAL BASSILY.,

          Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/16

No. 16-cv-2733 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On December 14, 2016, the Court ordered Plaintiff to submit a letter "indicating whether, in the interests of efficiency and judicial economy, it intends to amend its complaint in order to allege additional facts, including those alluded to at today's oral argument, relating to the domestic nature of the transactions at issue in this action." (Doc. No. 43.)

The Court is in receipt of a letter from Plaintiff indicating that it intends to amend its complaint no later than January 18, 2017. (Doc. No. 45.) IT IS HEREBY ORDERED that Plaintiff's request is granted. IT IS FURTHER ORDERED that Defendant's motion to dismiss, filed on July 19, 2016, is DENIED without prejudice to renewal. In the event that Defendant wishes to submit a revised motion to dismiss and memorandum in support of dismissal, Defendant shall file a pre-motion letter in accordance with the Court's Individual Rule 2.A no later than February 3, 2017. The Clerk is respectfully directed to terminate the motion pending at docket number 21.

SO ORDERED.

Dated:     December 20, 2016
            New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE