

**ROBERT H. HOTZ, JR.**
+1 212.872.1028/fax: +1 212.872.1002
rhotz@akingump.com

May 15, 2017

VIA ECF AND E-MAIL
Hon. Richard J. Sullivan
United States District Court
Southern District of New York
40 Foley Square, Room 2104
New York, NY 10007

    Re:    *SEC v. Bassily*, No. 16-CV-2733 (RJS)

Dear Judge Sullivan:

    The parties in the above-captioned matter jointly write to inform the Court that the parties intend to contact Magistrate Judge Ellis to request schedule a settlement conference in accordance with the Court's amended referral order (Doc. No. 55).  As discussed during the telephonic conference with the Court on February 17, 2017, the parties contemplated involving Judge Ellis in settlement discussions (*see* February 7, 2017 Joint Letter to the Court, Doc. No. 53), but that was not formally noted in the Case Management Order signed by the Court on February 21, 2017 (Doc. No. 56).  The parties intend to request a settlement conference with Judge Ellis on or around July 10, 2017.

    The parties are happy to appear telephonically or in person should the Court have any questions.

    Respectfully,

/s/ Tom Bednar
Thomas A. Bednar
Sarah L. Allgeier
Securities & Exchange Commission
*Counsel for Plaintiff*

/s/ Robert H. Hotz, Jr.
Robert H. Hotz, Jr.
James J. Benjamin, Jr.
Christy Slavik
Rachel Presa
AKIN GUMP STRAUSS HAUER & FELD
*Counsel for Defendant*