

**ROBERT H. HOTZ, JR.**
+1 212.872.1028/fax: +1 212.872.1002
rhotz@akingump.com

May 15, 2017

VIA ECF AND OVERNIGHT MAIL
Hon. Ronald L. Ellis
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re:  *SEC v. Bassily*, No. 16-CV-2733 (RJS)

Dear Judge Ellis:

   Pursuant to Judge Sullivan's amended referral order in the above-captioned matter (Doc. No. 55), the parties jointly write to request this Court's assistance in scheduling a settlement conference before this Court on or around July 10, 2017, or as soon thereafter as the Court's schedule permits.  The scheduling of this settlement conference is in accordance with the parties' joint letter to Judge Sullivan dated February 7, 2017 (Doc. No. 53) and the discussion during a telephonic conference with Judge Sullivan on February 17, 2017.

   The parties are happy to appear telephonically or in person to assist the Court in further scheduling.

          Respectfully,


/s/ Tom Bednar         /s/ Robert H. Hotz, Jr.
Thomas A. Bednar       Robert H. Hotz, Jr.
Sarah L. Allgeier        James J. Benjamin, Jr.
Securities & Exchange Commission  Christy Slavik
*Counsel for Plaintiff*      Rachel Presa
             AKIN GUMP STRAUSS HAUER & FELD
             *Counsel for Defendant*