UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>          **Plaintiff,**<br><br>v.<br><br>KHALED "KAL" BASSILY,<br><br>          **Defendant.** | Civil Action No. 16-CV-2733 (RJS) |

## PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF FILING OF CONSENT AND JUDGMENT

PLEASE TAKE NOTICE that plaintiff United States Securities and Exchange Commission is filing contemporaneously with this notice the executed Consent and Proposed Final Judgment for defendant Khaled "Kal" Bassily. Entry of the Proposed Final Judgment will resolve the SEC's claims in this case. The SEC respectfully requests that the Court enter the Proposed Final Judgment.

Dated:   December 21, 2017

                      Respectfully submitted,

                      <u>s/ Tom Bednar</u>
                      Thomas A. Bednar
                      Gregory N. Miller
                      Sarah L. Allgeier
                      SECURITIES AND EXCHANGE COMMISSION
                      100 F St., N.E.
                      Washington, D.C. 20549-5985
                      (202) 551-6218

## CERTIFICATE OF SERVICE

      I certify that on December 21, 2017, a copy of the foregoing document was served upon all counsel of record listed below via the Court's electronic filing system.

James J. Benjamin, Jr.
Robert H. Hotz, Jr.
Estela Diaz
Christy Slavik
Rachel J. Presa
Katherine Powers
Nathaniel Botwinick
Akin Gump Strauss Hauer & Feld LLP
*Counsel for Defendant*

                          _____/s/ Tom Bednar_____
                          Thomas A. Bednar
                          Counsel for Plaintiff, Securities and Exchange Commission